IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEREMIAH J. JONES, #13632-035                                         PETITIONER

VERSUS                                        CIVIL ACTION NO. 5:09-cv-95-DCB-MTP

BRUCE PEARSON                                                         RESPONDENT

FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the  28th   day of October, 2009.


                                              s/David Bramlette
                                              UNITED STATES DISTRICT JUDGE